Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATLANTIC RECORDING CORPORATION, *et al*.,

Plaintiffs,

v.

HELEN COSNER,

Defendant.

No. CV04-1961P(RSL)
**Yarmuth File Sharing Litigation**

ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL

THIS MATTER comes before the Court on "Plaintiffs' Motion to Compel." Dkt. # 26. Defendant has not filed any opposition. Having reviewed the motion and the supporting documents, it is hereby ORDERED that:

(1) Defendant shall, within twenty-one days of the date of this Order, provide full and complete responses to Plaintiffs' First Set of Requests for Production of Documents. All objections and privileges have been waived.

(2) Defendant shall, within twenty-one days of the date of this Order, provide full and complete responses to Interrogatories No. 6-14 and 16 and Requests for Admission No. 4-7, 9, 11, 17, and 20 using the unambiguous definition of "online media distribution system" provided at page 2 of Plaintiffs' First Set of Interrogatories. All objections and privileges have been waived.

1      (3) Defendant has had ample time in which to answer Interrogatories No. 15,
2  18, and 20 and Requests for Admission No. 8 and 10. Defendant shall, within
3  twenty-one days of the date of this Order, provide full and complete responses to
4  those discovery requests. All objections and privileges have been waived.
5      (4) Defendant's responses to Requests for Admission No. 15, 18, 24, and 27
6  are properly qualified in light of the complexities of copyright law and the fair use
7  doctrine. No further production related to those discovery requests is necessary.
8
9      For all of the foregoing reasons, plaintiffs' unopposed motion to
10 compel is GRANTED in part and DENIED in part.
11
12     Dated this 1st day of July, 2005.
13
14                         _____
15                         Robert S. Lasnik
                           United States District Judge
16
17
18
19
20
21
22
23
24
25
26